Robert A. Rabbat, Esq.
Nevada Bar No. 12633
Ned M. Gelhaar, Esq.
(Admitted *Pro Hac Vice*)
ENENSTEIN PHAM GLASS & RABBAT LLP
11920 Southern Highlands Pkwy., Suite 103
Las Vegas, Nevada 89141
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
rrabbat@epgrlawyers.com
ngelhaar@epgrlawyers.com
*Attorneys for Plaintiff Herer Brands Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HERER BRANDS INC., a Nevada corporation, | Case No. 2:23-cv-01235-JCM-BNW |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR PLAINTIFF/COUNTER-DEFENDANT HERER BRANDS, INC. TO RESPOND TO DEFENDANT/COUNTER-CLAIMANT DANIEL HERER'S COUNTERCLAIM (FIRST REQUEST)** |
| vs. | |
| DANIEL HERER, an individual, and DOES 1 through 10, inclusive; ROE BUSINESS ENTITIES, 1 through 10, inclusive, | |
| Defendants. | |
| DANIEL HERER, an individual, | |
| Counter-Claimant, | |
| vs. | |
| HERER BRANDS INC., a Nevada corporation, | |
| Counter-Defendant. | |

1

STIPULATION TO EXTEND TIME FOR HERER BRANDS INC. TO RESPOND TO
COUNTERCLAIM

|   |   |
|---|---|
| DANIEL HERER, an individual, | ) |
|   | ) |
| Third-Party Plaintiff, | ) |
|   | ) |
| vs. | ) |
|   | ) |
| DENNIS D'ALESSIO, an individual; | ) |
| OLIVER DUGGAL, an individual; | ) |
| CALYFX, a California corporation; | ) |
| UNIVERSAL BRANDS, INC., a | ) |
| Nevada corporation, | ) |
|   | ) |
| Third-Party Defendants. | ) |

## STIPULATION TO EXTEND TIME FOR PLAINTIFF/COUNTER-DEFENDANT HERER BRANDS, INC. TO RESPOND TO DEFENDANT/COUNTER-CLAIMANT DANIEL HERER'S COUNTERCLAIM

### (First Request)

WHEREAS, on July 12, 2023, Plaintiff Herer Brands, Inc. ("HBI") filed a Complaint against Defendant Daniel Herer ("Herer") in the Nevada Eighth Judicial District Court ("State Court") (*See* ECF No. 1-2);

WHEREAS, on August 7, 2023, Herer filed Defendant Daniel Herer's Removal Petition in this Court (ECF No. 1);

WHEREAS, on August 13, 2023, Herer filed an Answer to HBI's Complaint and a Counterclaim against HBI in this Court (ECF No. 4);

WHEREAS, based on the August 13, 2023 service of the Counterclaim, HBI's deadline to respond to the Counterclaim is September 5, 2023;

WHEREAS, on August 30, 2023, HBI filed Motions to Remand and for Award of Costs and Attorney's Fees Under U.S.C. §1447(c) or, Alternatively, to Remand or Stay Based on Abstention and/or Comity or, Alternatively, to Remand or Stay Based on Contractual Forum Selection Provision ("Motions to Remand") (ECF No. 9);

WHEREAS, the outcome of the Motions to Remand may require that the action proceed in State Court;

WHEREAS, the parties submit that postponing HBI's response date until after the Court's decision on HBI's Motions to Remand would be in the public and private interests in judicial economy;

WHEREAS, this is the first stipulation for extension of time to respond to the Counterclaim;

NOW THEREFORE, the parties hereby stipulate and agree, as follows:

1. HBI shall have an additional thirty (30) days, until October 5, 2023, to respond to Herer's Counterclaim.

Respectfully submitted,

Dated: August 31, 2023   **ENENSTEIN PHAM GLASS & RABBAT LLP**

By: _____
Robert A. Rabbat
Nevada Bar Number 12633
Ned M. Gelhaar
(Admitted *Pro Hac Vice* Pending)
rrabbat@epgrlawyers.com
ngelhaar@epgrlawyers.com
11920 Southern Highlands Pkwy., Suite 103
Las Vegas, Nevada 89141
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
*Attorneys for Plaintiff/Counter-Defendant Herer Brands Inc.*

/ / /

/ / /

/ / /

Dated: August 31, 2023

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/Jonathan A. Rich
Karen L. Bashor
Nevada Bar Number 11913
Jonathan A. Rich
Nevada Bar Number 15312
*Karen.bashor@wilsonelser.com*
*Jonathan.rich@wilsonelser.com*
6689 Las Vegas Boulevard, South, Suite 200
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
*Attorneys for Defendant/Counter-Claimant Daniel Herer*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 2:10 pm, September 01, 2023

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

STIPULATION TO EXTEND TIME FOR HERER BRANDS INC. TO RESPOND TO COUNTERCLAIM

# CERTIFICATE OF SERVICE

I am employed in Clark County, State of Nevada. I am over the age of 18 and not a party to the within action. My business address is 11920 Southern Highlands Parkway, Suite 103, Las Vegas, Nevada 89141.

On August 31, 2023, I served the following document(s) described as: **STIPULATION TO EXTEND TIME FOR PLAINTIFF/COUNTER-DEFENDANT HERER BRANDS INC. TO RESPOND TO DEFENDANT/COUNTER-CLAIMANT DANIEL HERER'S COUNTERCLAIM (FIRST REQUEST)**, on the interested party in this action as stated below:

| | |
|---|---|
| Karen L. Bashor, Esq.<br>Jonathan A. Rich, Esq.<br>**WILSON, ELSER, MOSKOWITZ,**<br>**EDELMAN & DICKLER LLP**<br>6689 Las Vegas Boulevard, South, Suite 200<br>Las Vegas, NV 89119<br>*Karen.bashor@wilsonelser.com*<br>*Jonathan.rich@wilsonelser.com* | *Attorneys for Defendant/Counter-Claimant Daniel Herer* |

[X]   BY NOTICE OF ELECTRONIC FILING (NEF):  I checked the CM/ECF docket for this case and determined that the interested parties are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated above.

[X]   (FEDERAL) I declare under penalty of perjury under the laws of the United States that the above is true and correct.

*/s/Lauren A. Verbanik*
Lauren Verbanik, *Paralegal*