UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HERER BRANDS INC., | Case No. 2:23-CV-1235 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| DANIEL HERER, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Herer Brands, Inc. v. Herer*, case number 2:23-cv-01235-JCM-BNW.

On August 14, 2023, Daniel Herer, defendant in the underlying action, filed a third-party complaint against defendants Dennis D'Alessio, Oliver Duggal, CalyFx, and Universal Brands, Inc. (ECF No. 4).

On December 5, 2023, the court issued a notice of intent to dismiss the third-party complaint against Oliver Duggal and CalyFx pursuant to Federal Rule of Civil Procedure 4(m) unless proof of service was filed by January 4, 2024. (ECF No. 29). To date, no proof of service has been filed regarding third-party defendants Oliver Duggal and CalyFx.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Daniel Herer's third-party complaint (ECF No. 4) is DISMISSED WITHOUT PREJUDICE as to third-party defendants Oliver Duggal and CalyFx only.

DATED January 11, 2024.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -